## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### August 9, 2007

[Cite as *08/09/2007 Case Announcements*, 2007-Ohio-4002.]

## DISCIPLINARY CASES

**2000-1100. Disciplinary Counsel v. Oglesby.**
It is ordered by this court, sua sponte, that Geoffrey L. Oglesby, Attorney Registration No. 0023949, last known business address in Sandusky, Ohio, is found in contempt for failure to comply with this court's order of May 10, 2004, to wit: failure to pay board costs in the amount of $2,274.13 on or before August 9, 2004.

**2002-2237. Disciplinary Counsel v. Baumgartner.**
It is ordered by this court, sua sponte, that Elsebeth Baumgartner, Attorney Registration No. 0064583, last known business address in Oak Harbor, Ohio, is found in contempt for failure to comply with this court's order of September 24, 2003, to wit: failure to pay publication costs in the amount of $90.80 on or before May 25, 2004.

**2003-0409. In re Resignation of Mirando.**
It is ordered by this court, sua sponte, that Michael A. Mirando, Attorney Registration No. 0032587, last known business address in Jefferson, Ohio, is found in contempt for failure to comply with this court's order of June 6, 2003, to wit: failure to pay publication costs in the amount of $54.00 on or before June 16, 2004.

**2003-0631. In re Resignation of Rock.**
It is ordered by this court, sua sponte, that Mark Anthony Rock, Attorney Registration No. 0010385, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of June 16, 2003, to wit: failure to pay publication costs in the amount of $361.26 on or before June 16, 2004.

**2003-0700. Disciplinary Counsel v. Al'Uqdah.**
It is ordered by this court, sua sponte, that William M. Al'Uqdah, Attorney Registration No. 0039809, last known business address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of August 6, 2003, to wit: failure to pay board costs in the amount of $184.02 on or before November 4, 2003, and failure to pay publication costs in the amount of $158.16 on or before May 25, 2004.

**2003-0703. Lorain Cty. Bar Assn. v. Fernandez.**
It is ordered by this court, sua sponte, that Yolanda B. Fernandez, Attorney Registration No. 0062647, last known business address in Lorain, Ohio, is found in contempt for failure to comply with this court's order of August 13, 2003, to wit: failure to pay board costs in the amount of $11.60 on or before November 12, 2003, and failure to pay publication costs in the amount of $312.21 on or before May 25, 2004.